UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:
BEACH ON DUVAL , LLC                                              CASE NO.  20-20904-AJC
    Debtor-in-possession   /                                                         Chapter 11

**EMERGENCY MOTION FOR
INTERIM AND FINAL APPROVAL OF USE OF CASH COLLATERAL**
*Preliminary Hearing Requested on November 19, 2020 at 2:00 p.m.*

**The nature of the emergency is that the landlord and the secured creditor have agreed, subject to the approval of the Court, to the use of cash collateral to maintain rent and permit the Debtor's operations to continue, subject to payments being made no later than Friday, November 20, 2020.**

**SUMMARY OF RELIEF SOUGHT**

- **The Debtor will be permitted to use cash collateral to continue operations, maintain insurance, and cure post-petition rent arrears.**
- **The lender will receive a replacement lien, monthly payments of $6500, and site visits**

BEACH ON DUVAL , LLC, Debtor-in-possession moves pursuant to 11 U.S.C. §363, Bankruptcy Rule 4001(c),(d), Local Rules 4001, 9013-1(F) and (G), and in substantial compliance with this Court's "Guidelines for Motions Seeking Authority to Use Cash Collateral..." for entry of an order authorizing the use of cash collateral, and says:

1. This case was commenced on October 6, 2020 under Chapter 11.

2. The Debtor has remained as Debtor-in-possession.

3. Substantially all of the Debtor's assets are encumbered by a first-position lien on all business assets and the liquor license related to an "SBA 7(a) loan" from the U.S. Small Business Administration, administered through First-Citizens Bank & Trust Company, successor by merger to Entegra Bank ("First-Citizens").  Entegra Bank is secured through the filing of a form UCC-1 with the Florida Secretary of State, such filing having been of record as of August 15, 2017.

4. The approximate outstanding amount of the loan is $1,100,000.

5. Any other parties which might assert an interest in the Debtor's cash collateral are believed to be subordinate to First-Citizens.

6. Through a tri-party negotiation between and among the Debtor, counsel for First Citizens Bank, and the Debtor's landlord (135 Duvall Company, LLC), the parties have agreed in principle, and

subject to the approval of the Court, to the use of cash collateral, as reflected on the budget attached as Exhibit A hereto.

7. The purposes for the use of the cash collateral are to continue in the normal operations of the Debtor, which operates a facility in which are a located a live-music complex a bar, tavern, cigar lounge, and film and sound studio.

8. **First-Citizens shall be granted a replacement lien on all assets of the Debtor, will receive payment of $6500 per month, and will be granted access for site visits on short notice.**

9. The initial term of the consensual use of cash collateral shall be 60 days, with anticipated renewals for additional periods of 60 days until or unless the Debtor confirms a Plan, the case is dismissed, or the case is converted to a liquidation.

Wherefore, the Debtor respectfully requests an order authorizing then use of cash collateral, on an interim basis, with a final hearing to be set more than 14 days hence.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing and the attached exhibits were served via notice of electronic filing on November 16, 2020 to all parties receiving electronic notice, including: Daniel Gielchinsky on behalf of Creditor 135 Duvall Company, LLC, dan@dyglaw.com; Casey Reeder Lennox on behalf of Creditor First-Citizens Bank & Trust Company clennox@lennoxlaw.com, eservice@lennoxlaw.com;alennox@lennoxlaw.com; and Office of the US Trustee; USTPRegion21.MM.ECF@usdoj.gov.  All other interested parties shall be served with this Motion and the Notice of Hearing upon issuance of the Notice.

Respectfully submitted,

**FLORIDA BANKRUPTCY GROUP, LLC.**
4121 N 31st Avenue
Hollywood, Fl 33021-2011
954-893-7670/954-252-2540 Fax

By: *s/ Kevin C Gleason*
Fla Bar No. 369500
BankruptcyLawyer@aol.com

**Exhibit A**
Cash Budget

**BEACH ON DUVAL LLC**
**BUDGET**

| | Oct-20 | Nov-20 | Dec-20 | Jan-21 | Feb-21 | Mar-21 | Apr-21 | Total |
|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | |
| Gross Sales | 110,971.45 | 180,000.00 | 220,000.00 | 235,000.00 | 225,000.00 | 280,000.00 | 265,000.00 | 1,515,971.45 |
| ATM - Fee Income | 652.00 | 1,459.50 | 658 | 1,319.50 | 1,305.50 | 2,663.50 | 3,864.00 | 11,922.00 |
| Pup Crawl | 0 | 0 | 0 | 0 | 2,855.16 | 275 | 0 | 3,130.16 |
| **Total Income** | $111,623.45 | $181,459.50 | $220,658.00 | $236,319.50 | $229,160.66 | $282,938.50 | $268,864.00 | $1,531,023.61 |
| **Cost of Goods Sold** | | | | | | | | |
| Total Cost of Goods Sold | $20,230.10 | $32,814.00 | $40,106.00 | $42,840.50 | $41,017.50 | $51,044.00 | $48,309.50 | $276,361.60 |
| **Gross Profit** | $91,393.35 | $148,645.50 | $180,552.00 | $193,479.00 | $188,143.16 | $231,894.50 | $220,554.50 | $1,254,662.01 |
| **Expenses** | 82% | 82% | 82% | 82% | 82% | 82% | 82% | 82% |
| *Payroll I Barback/Door/DayLabor Expense | 0 | 1,011.24 | 480 | 10,780.75 | 8,138.25 | 12,498.81 | 7,002.37 | 39,911.42 |
| Employee Payroll | 8,737.37 | 16,444.18 | 16,641.50 | 14,293.56 | 16,747.81 | 16,858.32 | 22,734.69 | 112,457.43 |
| Employee Perks | 0 | 0 | 0 | 390 | 390 | 871.47 | 390 | 2,041.47 |
| Payroll Taxes | - | 1,257.98 | 1,273.07 | 1,093.46 | 1,281.21 | 1,289.66 | 1,739.20 | 7,934.58 |
| Workman's Comp Insurance | 0 | 596 | 596 | 665 | 665 | 665 | 665 | 3,852.00 |
| Payroll Expenses | $8,737.37 | $19,309.40 | $18,990.57 | $27,222.77 | $27,222.27 | $32,183.26 | $32,531.26 | 166,196.90 |
| Advertising and Promotion | 595.90 | 0 | 0 | 0 | 0 | 0 | 0 | 595.90 |
| **Events** | | | | | | | | |
| Cinco de Mayo | 0 | 0 | 0 | 0 | 0 | 0 | 50 | 50.00 |
| FantasyFest | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 |
| Power Boats Races | 0 | 0.00 | 0 | 0 | 0 | 602 | 0 | 602.00 |
| Pup Crawl | 0 | 0 | 0 | 38.94 | 72.35 | 0 | 2,148.86 | 2,260.15 |
| Rising High | 0 | 0.00 | 0.00 | 0 | 0 | 0 | 0 | 0.00 |
| Songwriters Fest | 0 | 0 | 0 | 0 | 0 | 0 | 2,000.00 | 2,000.00 |
| St. Practice Day | 0 | 0 | 0 | 0 | 0 | 83.95 | 0 | 83.95 |
| **Total Events** | $0.00 | $0.00 | $0.00 | $38.94 | $72.35 | $685.95 | $4,198.86 | 4,996.10 |
| Southernmost Scavenger Hunt | $11.00 | $11.00 | $11.00 | $11.00 | $11.00 | $11.00 | $11.00 | 77.00 |
| Printing & Reproduction | 0 | 0 | 0 | 0 | 0 | 0 | 300 | 300.00 |
| Signage (Digital & Physical) | 0 | 500 | 500 | 500 | 500 | 500 | 500 | 3,000.00 |
| Total Social Media | $0.00 | $0.00 | $10.00 | $77.06 | $4.12 | $36.03 | $0.00 | 127.21 |
| Design, Build & Implementation | 0 | 24.5 | 99 | 500 | 2,162.25 | 198 | 978.75 | 3,962.50 |
| Webhosting, Domain & Backup | 0 | 300.00 | 300 | 300 | 300 | 300 | 300 | 1,800.00 |
| Auto Expense | $242.75 | $249.17 | $100.97 | $218.55 | $379.82 | $542.00 | $214.83 | 1,948.09 |
| Bank Service Charges | $331.50 | $290.74 | $537.27 | $114.00 | $57.00 | $27.00 | $31.10 | 1,388.61 |
| Bar Supplies | $223.88 | $481.22 | $2,078.14 | $1,665.56 | $219.81 | $1,383.83 | $334.16 | 6,386.60 |
| Bar Catering | 0 | 0 | 135 | 0 | 0 | 0 | 250 | 385.00 |
| Business Licenses and Permits | 190 | 0 | 256.08 | 0 | 1,887.50 | 10 | 387.01 | 2,730.59 |
| Cartel Baggers charity event | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 |
| Charitable Contributions | 0 | 0 | 0 | 0 | 0 | 0.00 | 0 | 0.00 |
| Contract Labor | 0.00 | 1,149.23 | 2,180.00 | 7,721.80 | 4,537.59 | 6,829.42 | 3,076.19 | 25,494.23 |
| Credit Card Processing | 4,508.79 | 3,481.36 | 2,756.93 | 2,947.45 | 3,388.15 | 2,727.02 | 3,268.06 | 23,077.76 |
| Total Dues & Subscriptions | $179.99 | $0.00 | $0.00 | $290.00 | $37.50 | $80.82 | $325.00 | 913.31 |
| **Entertainment Expenses** | 925.78 | 1,521.13 | 0 | 5,219.65 | 5,911.38 | 0 | 0 | 13,577.94 |
| Contract Labor | 0 | 0 | 0 | 1,400.00 | 800 | 1,000.00 | 1,800.00 | 5,000.00 |
| DJ | 0.00 | 0 | 0.00 | 0 | 0 | 0 | 0 | 0.00 |
| Total Music Licensing | $0.00 | $32.53 | $32.54 | $72.43 | $72.43 | $72.43 | $72.43 | 354.79 |
| Total Musicians & Live Performers | $0.00 | $18,500.00 | $18,500.00 | $18,500.00 | $17,500.00 | $21,500.00 | $23,300.00 | 117,800.00 |
| Total On-Screen Entertainment | $0.00 | $830.13 | $813.11 | $604.25 | $624.51 | $624.51 | $624.51 | 4,121.02 |
| Supplies | 0 | 7.19 | 160.7 | 0 | 0 | 0 | 112.24 | 280.13 |
| **Total Entertainment Expenses** | $925.78 | $20,890.98 | $19,506.35 | $25,796.33 | $24,908.32 | $23,196.94 | $25,909.18 | $141,133.88 |
| **Interest Expense** | | | | | | | | |
| Credit Cards | 0 | 811.91 | 1047.95 | 1,443.74 | 5,641.23 | 5,421.93 | 5,195.30 | 19,562.06 |
| SBA Loan Interest (Entegra 7A) | 0 | 0 | 0 | 7,724.51 | 8,838.88 | 6,986.00 | 7,455.77 | 31,005.16 |
| **Total Interest Expense** | $0.00 | $811.91 | $1,047.95 | $9,168.25 | $14,480.11 | $12,407.93 | $12,651.07 | 50,567.22 |
| Internet Service | $2,639.67 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | 9,239.67 |
| Janitorial | 0 | 31.12 | 22.58 | 78.83 | 34.93 | 622.93 | 199.57 | 989.96 |
| Meals & Entertainment | 0.00 | 528.57 | 29.95 | 101.75 | 396.81 | 224.78 | 94.11 | 1,375.97 |
| Insurance Expense | $3,847.05 | $6,500.00 | $6,500.00 | $4,661.11 | $1,721.36 | $1,721.36 | $3,776.36 | 28,727.24 |
| Rent | $1,800.00 | $48,159.37 | $54,713.76 | $54,713.53 | $54,713.53 | $53,127.29 | $44,713.53 | 311,941.01 |
| Utilities | $2,949.68 | $4,527.66 | $4,184.15 | $2,911.25 | $2,765.93 | $3,112.27 | $3,878.40 | 24,329.34 |
| Office Supplies | $543.52 | $651.82 | $0.00 | $590.70 | $458.25 | $936.09 | $631.78 | 3,812.16 |
| Postage and Delivery | 0 | 78.9 | 171.3 | 17.51 | 989.3 | 0 | 701.19 | 1,958.20 |
| CPA/Bookkeeping | 1,500.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 13,500.00 |
| Legal Fees | 17,717.00 | 0 | 0 | 5,000.00 | 0 | 2,500.00 | 2,500.00 | 27,717.00 |
| Total Repairs and Maintenance | $552.07 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | 5,952.07 |
| Security | 0 | 655.28 | 0 | 0 | 0 | 0 | 137.55 | 792.83 |
| Small Equipment and Fixtures | 0 | 0 | 0 | 109.39 | 301.96 | 310.01 | 190.65 | 912.01 |
| Software and Internet Expenses | 348.09 | 47.1 | 165.96 | 0 | 0 | 0 | 0 | 561.15 |
| Adobe Creative Cloud | 0 | 82.98 | 82.98 | 82.98 | 82.98 | 82.98 | 82.98 | 497.88 |
| Telephone Expenses | $0.00 | $302.35 | $103.30 | $382.62 | $373.16 | $373.15 | $372.87 | 1,907.45 |
| Travel | 718.19 | 57.29 | 13.99 | 122.62 | 206.53 | 259.54 | 11.51 | 1,389.67 |
| **Total Expenses** | $48,562.23 | $113,121.95 | $118,497.23 | $149,344.00 | $146,212.53 | $148,389.60 | $146,556.97 | $870,684.51 |
| **Net Operating Income** | $42,831.12 | $35,523.55 | $62,054.77 | $44,135.00 | $41,930.63 | $83,504.90 | $73,997.53 | $383,977.50 |

**Exhibit B**
Proposed Order
(subject to review and revisions by counsel for First Citizens)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:
BEACH ON DUVAL , LLC                                          CASE NO.  20-20904-AJC
    Debtor-in-possession  /                                Chapter 11

## ORDER GRANTING MOTION FOR INTERIM USE
## OF CASH COLLATERAL AND SETTING FINAL HEARING

This matter was brought before the court for hearing on November 19, 2020, at 2:00 p.m. on the motion of  BEACH ON DUVAL , LLC, for authorization to use cash collateral (the "Motion") pursuant to 11 U.S.C. §363(c)(2),(d), Bankruptcy Rule 4001(b), Local Rule 4001-2, and the Court's Guidelines for Motions Seeking Authority to Use Cash Collateral, and upon consideration of the record, good cause appearing therein, it is

ORDERED that:

1. The Motion is granted on an interim basis as provided herein, a final hearing will be held in the above matter at _____ a.m./p.m. on _____, 2020, at the United States Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Room 717/Courtroom 7 Miami, FL 33128.

To participate through CourtSolutions, you must make a reservation in advance no later than 3:00 p.m., one business day before the date of the hearing. Reservations should be arranged online at https://www.court-solutions.com If a party is unable to register online, a reservation may also be made by telephone at (917) 746-7476.

**EFFECTIVE IMMEDIATELY** Until further notice or unless directed otherwise, the court will ONLY hold hearings by TELEPHONE. Individuals not represented by counsel

    will be able to use the telephonic services FREE of charge. All attorneys shall advise their clients NOT to appear at the courthouse.

2. The Debtor shall provide weekly reporting to First-Citizens Bank & Trust Company, successor by merger to Entegra Bank ("First-Citizens") by 5:00 p.m. on Wednesday of each week with accompanying bank statements or reports through the close of business each Tuesday.

3. The Debtor may use cash collateral subject to the lien of First-Citizens to maintain all insurances and cure October "stub rent" in favor of the Debtor's landlord, 135 Duvall Company, LLC. ("Landord") by the payment of $5000 on November 20, 2020, $10,000 on December 20, 2020, and if the Court grants the use of cash collateral on a final basis at the hearing noticed above, the Debtor shall continue to cure post-petition arrears to the Landlord by the payment of $10,000 on January 20, 2021; $10,000 on February 20, 2021; and a final payment of $8,413.76 on March 20, 2021.

4. As adequate protection of the use of First-Citizens' cash collateral:

    a. First-Citizens is granted a continuing replacement lien on all property of the Debtor;

    b. The Debtor shall pay the sum of $6,500 to First-Citizens on November 20, 2020, December 20, 2020, and if the Court grants the use of cash collateral on a final basis at the hearing noticed above, the Debtor shall continue to pay First-Citizens the sum of $6500 on the 20th day of each successive month.

5. The Debtor shall permit site visits by representatives of First-Citizens upon 24 hours notice to counsel for the Debtor.

6. In addition to the costs of normal operations of the Debtor, First-Citizens consents to the use of cash collateral for payment of any fees due the clerk of the court or the United States trustee pursuant to 28 U.S.C. §1930.

###

Submitted by:

**KEVIN C GLEASON**
4121 N. 31st Ave.
Hollywood, FL 33021-2011
(954) 893-7670 Phone/(954)-893-7675 Fax
BankruptcyLawyer@aol.com

Kevin Gleason, Esq. is directed to serve a conformed copy of this Order upon all interested parties and to file a certificate of service with the court.